**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Hilaria RODRIGUEZ, Defendant–
Appellant.**

**No. 13–6149.**

United States Court of Appeals,
Fourth Circuit.

Submitted: April 25, 2013.

Decided: April 30, 2013.

Hilaria Rodriguez, Appellant Pro Se.
Jennifer P. May–Parker, Assistant United
States Attorney, Raleigh, North Carolina,
for Appellee.

Before AGEE and WYNN, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Hilaria Rodriguez appeals the district
court's order denying her 18 U.S.C.
§ 3582(c)(2) (2006) motion for a reduction
of sentence based on *Dorsey v. United
States,* —— U.S. ——, 132 S.Ct. 2321, 183
L.Ed.2d 250 (2012). Rodriguez was sen-
tenced in December 2011, after passage of
the Fair Sentencing Act of 2010 ("FSA")
and the amendments to the *U.S. Sentenc-
ing Guidelines Manual* promulgated in re-

sponse to the FSA. Thus, as the district
court concluded, *Dorsey* is inapplicable in
this case, and Rodriguez is not entitled to
a reduction in her sentence. We therefore
affirm the district court's order for the
reasons stated there. *See United States v.
Rodriguez,* No. 5:11–cr–00058–BR–1
(E.D.N.C. Nov. 13, 2012). We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before this court and ar-
gument would not aid the decisional pro-
cess.

*AFFIRMED.*